# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 11-cr-228 (2) (MJD/JJK) |
| | Date: January 3, 2013 |
| Gerald Joseph Durand (2) | Courthouse: Minneapolis |
| *aka Jerry Durand* | Courtroom: 15E |
| | Court Reporter: Lori Simpson |
| Defendant. | Time Commenced: 9:00 a.m. - 10:25 a.m. |
| | 10:40 a.m. - 1:00 p.m. |
| | 4:10 p.m. - 5:10 p.m. |
| | Time Concluded: 5:10 p.m. |
| | Time in Court: 4 hours and 45 minutes |

Before Michael J. Davis, United States District Chief Judge.

APPEARANCES:
　　For Plaintiff:　　David MacLaughlin and Tracy Perzel, Assistant U.S. Attorneys
　　For Defendant:　　Brian Toder, CJA Appointed Attorney

☒ **Motion for New Trial was argued and denied.**
☒ **Evidentiary Hearing re: murder plot. The court's decision will be noted when making it's 3553 (a) determinations in the statement of reasons.**
　　Government Witnesses: Christopher Pettengill, Pace Klein, and Paul Wood
☒ **Evidentiary Hearing re: 100 + victims.**
　　Government Witness: Peter Madsen**.**
　　The Government's Motion for Enhancement for 100+ victims is granted.
☒ **Sentencing.**
☒ **Defendant's Motion for Objection to Factual Statements of the PSI are denied.**
☒ **Defendant's Motion for Overstatement of Criminal History is granted. New guideline ranges were stated on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count. Nos. | Guilty Verdict | BOP | SR |
|---|---|---|---|
| 1ss-13ss, 18ss-19ss, 24ss-26ss, 28ss and 30ss | X | 240 months. This term consists of 240 months on each of Counts 1ss-13ss; 120 months on each of Counts 18ss-19ss; 60 months on each of Counts 24ss and 25ss and 36 months on each of Counts 26ss, 28ss, and 30ss, all to be served concurrently | 3 years. This term consists of 3 years on each of Counts 1ss-13ss, 18ss, 19ss, 24ss, 25ss and 1 year on each of Counts 26ss, 28ss, and 30ss, all such terms to run concurrently. |

☒ Special conditions of: **See J&C for special conditions**
☒ Defendant sentenced to pay:
 ☒ Special assessment in the amount of $2,000.00 to be paid.
 ☒ Restitution in the amount of $155,359,411.77 to be paid jointly and severally.
 ☒ Defendant shall forfeit all interest in the property and items listed in the Final Order of Forfeiture.
 ☒ Defendant is remanded to the custody of the USM.

Date: January 3, 2013                                  s/KW
                                                       Calendar Clerk to Chief Judge Michael J. Davis